**Order entered August 25, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00356-CR

**JASON DANIEL SEWELL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-82792-2013**

## ORDER

The Court **GRANTS** appellant's August 24, 2015 amended motion to extend time to file his brief. We **ORDER** appellant to file his brief within **TWENTY-ONE DAYS** of the date of this order.

/s/     ADA BROWN
JUSTICE